Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| SHARON MARIE ROBERTSON,<br><br>Plaintiff,<br><br>vs.<br><br>SIOUXLAND COMMUNITY HEALTH CENTER and MICHELLE STEPHAN,<br><br>Defendants. | Case No: 5:13-cv-04008<br><br>**JOINT STIPULATED DISMISSAL** |
| MICHELLE STEPHAN,<br><br>Counter-Claim Plaintiff,<br><br>vs.<br><br>SHARON MARIE ROBERTSON,<br><br>Counter-Claim Defendant. | |

**COMES NOW** Plaintiff, Sharon Marie Robertson, Defendants, Siouxland Community Health Center and Michelle Stephan, by and through their undersigned attorneys and hereby stipulate to the dismissal of the above-captioned cause of action in its entirety with prejudice. The parties each hereby receipt for costs.

Respectfully submitted,

/s/
_____
Kerrie M. Murphy    AT0005576
Julie T. Bittner    AT0009719
GONZALEZ SAGGIO & HARLAN LLP
1501 42nd Street, Suite 465
West Des Moines, IA 50266-1090
Telephone: (515) 453-8509
Facsimile: (515) 267-1408
E-mail: kerrie_murphy@gshllp.com
E-mail: julie_bittner@gshllp.com\
*Attorneys for Defendant Siouxland Community Health Center*

/s/
_____
Stan E. Munger
Jay E. Denne
MUNGER, REINSCHMIT & DENNE, LLP
600 Fourth Street, Ste. 303, POB 912
Sioux City, IA 51102
E-mail: stanmunger@mrdlaw.net
E-mail: jaydenne@mrdlaw.net
*Attorneys for Plaintiff*

/s/
_____
Douglas L. Phillips
KLASS LAW FIRM, LLP
4280 Sergeant Road
Mayfair Center, Suite 290
Sioux City, IA 51106
Telephone: 712-252-1866 x230
Facsimile: 712-252-5822
E-mail: Phillips@klasslaw.com
*Attorney for Michelle Stephan*

**ELECTRONIC PROOF OF SERVICE**

I, hereby certify that on the 29 day of July, 2013 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

_____
Ann Collens